

FILED
IN OPEN COURT

MAR 2 9 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:21CR80 |
| DIEGO ARMANDO PILLIGUA, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1.    Since November 2018, Special Agents and Task Force Agents of the Drug Enforcement Administration (DEA), Hampton Post of Duty, and Homeland Security Investigations (HSI) have been investigating maritime smuggling operations based on the Pacific coast of Colombia.  Drug trafficking organizations often utilize vessels such as Low-Profile Vessels, Self-Propelled Semi-Submersibles, and go-fast-vessels (GFV) to transport multi-hundred-kilogram shipments of cocaine from the west coast of Colombia to awaiting transfer vessels or destinations throughout Central or South America.

2.    On December 2, 2021, while on routine patrol, a marine patrol aircraft detected a target of interest in the Easter Pacific, approximately 52 miles Northwest of Esmeraldas, Ecuador.  United States Coast Guard Cutter (USCGC) Vigilant diverted to intercept and launched a helicopter as well as various small boats to investigate the low-profile vessel (LPV).

3.    The target of interest was described as an open hulled LPV with no markings or indicia of nationality.  A right of visitation boarding was conducted and three individuals were

DAP



encountered, Diego Armando Pilligua, Manuel Eduardo Curo Biyez, and Milagro Elis Valencia, none of whom claimed nationality for the vessel. Given the absence of displayed or claimed nationality, the vessel was treated as without nationality.

4.      Ion scans of the vessel were conducted and returned positive for cocaine. Next, a minimally intrusive search was conducted using a borescope to explore the contents of the bulkhead. The borescope revealed packages in the bulkhead. A more thorough search discovered 1,449 kilograms of cocaine in the bulkhead, The packages tested positive for cocaine, a schedule II narcotic controlled substance. 1,449 kilograms is a distribution quantity of cocaine. Diego Armando Pilligua, Manuel Eduardo Curo Biyez, and Milagro Elis Valencia were detained and were transported to the Eastern District of Virginia for prosecution.

Respectfully submitted,
JESSICA D. ABER
UNITED STATES ATTORNEY

Eric M. Hurt
Assistant United States Attorney

2

DAP



After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, DIEGO ARMANDO PILLIGUA and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_Diego Pilligua_

DIEGO ARMANDO PILLIGUA

I am DIEGO ARMANDO PILLIGUA's attorney, and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

Nicholas Hobbs
Attorney for DIEGO ARMANDO PILLIGUA

3

DAP